**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

**JUDGE PHILIP A. BRIMMER**

**COURTROOM MINUTES**

| | |
|---|---|
| Courtroom Deputy: Kathy Preuitt-Parks | Date: August 6, 2015 |
| Court Reporter: Janet Coppock | Time: one hour and 8 minutes |
| Probation Officer:  n/a | Interpreter: Susana Cahill |

**CASE NO.  14-CR-00096-PAB-7**

Parties                                    Counsel

**UNITED STATES OF AMERICA,**            Stephanie Podolak

          Plaintiff,

vs.

**7.  RAQUEL RAMOS-SANCHEZ,**            Lisa Wayne

          Defendant.

**SENTENCING**

**10:18 a.m.    COURT IN SESSION**

APPEARANCES OF COUNSEL. Defendant is present and on bond.

Interpreter sworn with no challenges to her qualifications.

**ORDERED:**  The statement of facts in the Plea Agreement, the Presentence Report and its Addendum are not disputed by the parties and are adopted in the Court's factual findings in this case. The report is incorporated by reference as part of the Court's findings and conclusions.

Argument by Ms. Podolak in support of the Government's Motion for a Sentence Reduction Pursuant to Section 5K1.1 of the Sentencing Guidelines.

Page Two
14-CR-00096-PAB-7
August 6, 2015

**ORDERED:**   Government's Motion for a Sentence Reduction Pursuant to Section 5K1.1 of the Sentencing Guidelines [Docket No. 1101], is **GRANTED**.

Argument by Ms. Wayne in support of the defendant's Request of the Imposition of a Variant Sentence of Probation and comments addressing sentencing.

Argument by Ms. Podolak and comments addressing sentencing.

Defendant addresses the Court.

Statement by the Court regarding defendant's offense level, criminal history level and sentencing guidelines range.

Court states its findings and conclusions.

**ORDERED:**   Defendant's Request of the Imposition of a Variant Sentence of Probation [Docket No. 1143], is **DENIED**.

Defendant entered her plea on **March 30, 2015** to count **Twenty-Five of the Second Superseding Indictment.**

**ORDERED:**   Defendant's Plea Agreement is **ACCEPTED.**

Court considers statutory factors of 18 USC § 3553(a) in arriving at sentence.

**ORDERED:**   Defendant shall be **imprisoned** for **39** months.

Court RECOMMENDS that the Bureau of Prisons place the defendant at **FMC Carswell, TX, if appropriate**.

**ORDERED:**   Upon release from imprisonment, defendant shall be placed on **supervised release** for a period of **2** years.

**ORDERED:**   **Conditions** of Supervised Release that:
   (**X**)   Within 72 hours of release from the custody of the Bureau of Prisons, defendant shall report in person to the probation office in the district to which the defendant is released.
   (**X**)   While on supervised release, the defendant shall not commit another federal, state, or local crime, shall not possess a firearm as defined in 18 U.S.C. § 921, and shall comply with the standard conditions that have been adopted by this Court.

Page Three
14-CR-00096-PAB-7
August 6, 2015

(**X**)   Defendant shall not unlawfully possess a controlled substance and submit to one drug test within 15 days of release on supervised release and at least two periodic drug tests thereafter for use of a controlled substance.

(**X**)   Defendant shall cooperate in the collection of a DNA sample from the defendant as directed by the probation officer.

()   Mandatory drug testing provisions of 18 U.S.C. § 3583(d) are WAIVED because the presentence investigation report indicates a low risk of future substance abuse by the defendant.

**ORDERED:**  **Special Condition** of Supervised Release that:

(**X**)   If defendant is deported, she shall not thereafter re-enter the United States illegally.  If defendant re-enters the United States legally, he is to report to the nearest U.S. Probation Office within 72 hours of he return.

(**X**)   Defendant shall participate in and successfully complete a program of mental health treatment, as directed by the probation officer, until such time as the defendant is released from the program by the probation officer.  The defendant will be required to pay the cost of treatment as directed by the probation officer. The Court authorizes the probation officer to release psychological reports and/or the    presentence report to the treatment agency for continuity of treatment.

(**X**)   The defendant shall remain medication compliant and shall take all medications that are prescribed by his treating psychiatrist. The defendant shall cooperate with random blood tests as requested by his treating psychiatrist and/or supervising probation officer to ensure that a therapeutic level of his prescribed medications is maintained.

**ORDERED:**  Defendant shall pay **$100.00** to **Crime Victim Fund** (Special Assessment), to be paid immediately.

**ORDERED:**  **No fine** is imposed because defendant has no ability to pay a fine.

**ORDERED:**  Defendant may surrender voluntarily as follows: Report to the designated institution on or before **12:00 noon on a date designated by the Bureau of Prisons.**

**ORDERED:**  Government's Motion for Application of the Third Point for Acceptance of Responsibility [Docket No. 107], is **GRANTED.**

**ORDERED:**  Government's Motion to Dismiss Remaining Counts [Docket No. 1106] is **GRANTED.**

Page Four
14-CR-00096-PAB-7
August 6, 2015

**ORDERED:** Defendant advised of right to appeal. To the extent to which the defendant has waived some appellate rights, he is directed to consult with the plea agreement and his attorney. Any notice of appeal must be filed within 14 days from entry of judgment.

**ORDERED:** A copy of the presentence report shall be forwarded to the U.S. Bureau of Prisons and the U.S. Sentencing Commission.

**ORDERED:** Bond is continued.

**1:10 a.m.    COURT IN RECESS**

**Total in court time:   68 minutes**

**Hearing concluded**