IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Philip A. Brimmer

Criminal Case No. 14-cr-00096-PAB-7

UNITED STATES OF AMERICA,

    Plaintiff,

v.

7.    RAQUEL RAMOS-SANCHEZ,

    Defendant.

## ORDER

This matter is before the Court on the United States' Motion to Dismiss Remaining Counts [Docket No. 1106]. The Court has reviewed the pleading and is fully advised in the premises. It is

**ORDERED** that the Motion to Dismiss Remaining Counts [Docket No. 1106] is granted. Counts Two, Three, Nineteen, Twenty, and Twenty-Six of the Second Superseding Indictment are dismissed as to defendant Raquel Ramos-Sanchez only.

DATED August 6, 2015.

BY THE COURT:

PHILIP A. BRIMMER
United States District Judge