IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Criminal Case No. 14-cr-00096-PAB-7

UNITED STATES OF AMERICA,

        Plaintiff,

v.

7. RAQUEL RAMOS-SANCHEZ,

        Defendant.

---

**ORDER TO SURRENDER IN LIEU OF
TRANSPORTATION BY THE UNITED STATES MARSHAL**

---

    IT IS ORDERED that Defendant RAQUEL RAMOS-SANCHEZ, having been sentenced in the above-named case to the custody of the Bureau of Prisons, is to surrender herself by reporting to the Warden, Federal Correctional Institution Aliceville, in Aliceville, Alabama, on September 2, 2015, by 12:00 noon, and will travel at her own expense.

    DATED August 18, 2015.

                                BY THE COURT:

                                s/Philip A. Brimmer
                                PHILIP A. BRIMMER
                                United States District Judge